In the Matter of the Claim of MRS. BENJAMIN LOMBARDI, Respondent, against BENJAMIN LOMBARDI et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal from an award of the Workmen's Compensation Board, filed December 17, 1952, for death benefits under the Workmen's Compensation Law. The decedent, an eighteen-year-old boy who worked for his father, con-

tributed $10 per week to the expenses of the household, consisting of a large family. There is testimony that his board was a part of his wages, and that his contribution to the household expenses was not payment for his own support. Dependency is all that is here involved, and that is a question of fact. There is sufficient evidence in the record to sustain the findings of the board. Award unanimously affirmed, with costs to the Workmen's Compensation Board. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.